**Order entered December 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01078-CV

## IN RE CTMI, LLC, MARK BOOZER, AND JERROD RAYMOND, Relators

### Original Proceeding from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-05360

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Dale Tillery, Judge of the 134th Judicial District Court, to vacate his August 26, 2016 order denying relators' plea in abatement and to enter an order granting the plea in abatement. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order issued in compliance with this order. We **ORDER** that relators recover their costs of this original proceeding from real parties in interest. We lift the stay imposed by this Court on September 14, 2016.

/s/     LANA MYERS
         JUSTICE